UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: 1:05CR235

FILED
IN COURT
ASHEVILLE, N. C.

NOV 15 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA )
)
    Plaintiff, )
Vs. )    ORDER
)
RUSSELL FLOYD FRESHOUR )
)
    Defendant )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 15th day of November 2005.

_____
United States Judge Presiding