# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR235

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RUSSELL FLOYD FRESHOUR ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. ***United States v. Freshour*, 235 F. App'x 193 (4th Cir. 2007).**

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **WEDNESDAY, JUNE 25, 2008, AT 9:00 AM**, at the U.S. Courthouse in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate

opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit this Order electronically to Defendant's attorney, the United States Attorney, the United States Marshal, the United States Probation Office, and via regular mail to the Defendant.

Signed: April 4, 2008

Lacy H. Thornburg
United States District Judge